# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CNL HOTELS & RESORTS, INC.,**

                **Plaintiff,**

**-vs-**                                **Case No.  6:06-cv-324-Orl-31JGG**

**TWIN CITY FIRE INSURANCE COMPANY, HOUSTON CASUALTY COMPANY, and LANDMARK AMERICAN INSURANCE COMPANY,**

                **Defendants.**

_____

## ORDER

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S EMERGENCY MOTION TO STRIKE MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER (Doc. No. 92)** |
| **FILED:** | **September 20, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**, and the Clerk is directed to **STRIKE** Defendant's Motion for Modification of Case Management and Scheduling Order (Doc. 91).

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on September 20, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE