**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CNL HOTELS & RESORTS, INC.,**

    **Plaintiff,**

-vs-                                                                          Case No. 6:06-cv-324-Orl-31JGG

**TWIN CITY FIRE INSURANCE COMPANY,**
**HOUSTON CASUALTY COMPANY, and**
**LANDMARK AMERICAN INSURANCE**
**COMPANY,**

    **Defendants.**
_____

## ORDER

This matter comes before the Court on the Plaintiff's motion for reconsideration (Doc. 137) of the decision of Magistrate Judge James G. Glazebrook to deny a number of motions to compel. The Plaintiff, CNL Hotel & Resorts, Inc. ("CNL") seeks review of 12 of the 140-odd discovery requests that were originally at issue in those motions. (Doc. 137 at 1). Judge Glazebrook denied the motions to compel on the grounds that the discovery requests were overly broad and not reasonably calculated to lead to the discovery of admissible evidence. After a review, the undersigned agrees that though some of the discovery requests could conceivably turn up something relevant, they were not sufficiently tailored to that end. It is not the court's job to sift through a haystack of discovery requests in search of a few relevant needles. As the Plaintiff itself points out, Judge Glazebrook left the door open for the provision of more specific discovery requests. (Doc. 137 at 2). Judge Glazebrook's decision was neither clearly erroneous nor contrary to law.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Plaintiff's Objections to the Magistrate Judge's November 21, 2006 Ruling (Doc. 137), which the Court treats as a motion for reconsideration pursuant to 28 U.S.C. § 636(b)(1)(A), is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 3, 2007.

                                             GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party