**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CNL HOTELS & RESORTS, INC.,**

        **Plaintiff,**

-vs-                                                  **Case No. 6:06-cv-324-Orl-31JGG**

**HOUSTON CASUALTY COMPANY, and**
**LANDMARK AMERICAN INSURANCE**
**COMPANY,**

        **Defendants.**

___

## ORDER

This matter comes before the Court on the Plaintiff's Memorandum in Opposition to Defendant Landmark American Insurance Company's Motion for Entry of Dismissal (Doc. 228). The Plaintiff, CNL Hotels & Resorts, Inc. ("CNL"), contends that despite entry of partial summary judgment in favor of Defendant Landmark American Insurance Company ("Landmark") on the Section 11 claim issue, the insurance company is not entitled to the entry of final judgment. Generally speaking, CNL argues that this Court must apportion CNL's $35 million settlement payment (the "Settlement Amount") in the underlying class action between itself and the other defendants whose claims were settled. Depending upon the portion of the Settlement Amount attributed to the other defendants, CNL's claims could continue to exceed the $20 million threshold where Landmark's insurance coverage would kick in. (Doc. 228 at 4).

Landmark is directed to file a reply to CNL's memorandum on or before April 16, 2007. Although Landmark may respond to any of the points raised in CNL's memorandum, it should

address the legal and factual bases for requiring an allocation of the Settlement Amount between CNL and other parties, particularly in light of this Court's conclusions "that the Settlement Amount represents CNL being compelled to return money that it wrongfully appropriated" and "is not a 'loss' as that term is used" in the policies issued by the Defendants in this case. (Doc. 210 at 16). Landmark's reply shall not exceed 15 pages.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 4, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party