**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CNL HOTELS & RESORTS, INC.,**

        **Plaintiff,**

-vs-                                            **Case No. 6:06-cv-324-Orl-31JGG**

**HOUSTON CASUALTY COMPANY,**

        **Defendant.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR SUMMARY JUDGMENT ON EXHAUSTION OF TWIN CITY'S POLICY AND LIMIT OF LIABILITY (Doc. No. 202)**
>
> **FILED:** March 1, 2007
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Resolution of the question posed would not define, narrow, or resolve any issue in this case prior to trial. Therefore, the Court finds that the question is not properly the subject of a summary judgment motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 7, 2007.

                                                        GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party